FILED

2003 OCT 14 P 2:49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIOUS CHANNER; <br>     Plaintiff | : <br> :   CIVIL ACTION NO. <br> :   3:00 CV230 (SRU) |
| VS. | : |
| RICHARD BLUMENTHAL; <br> JANET RENO; <br> CITY OF HARTFORD; <br> JAMES MARKOWSKI; <br> DETECTIVE PERODEAU; <br> DETECTIVE MERRITT; <br> DETECTIVE WOLF; <br> DETECTIVE ELLIS; SERGEANT <br> CAGIANELLO, ET AL <br>     Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :   OCTOBER 9, 2003 |

## MOTION FOR JUDGMENT

The undersigned defendant, Detective Gregory Merritt, respectfully moves the Court to direct the entry of a final judgment in his favor as to all claims in the plaintiff's Amended Complaint. In its ruling on the Motion to Dismiss, dated September 18, 2002, the Court dismissed all federal claims against Detective Merritt, as well as defendants Perodeau, Wolf, Ellis, Markowski and Cagianello. The Court, thereafter, declined to exercise its supplemental jurisdiction over any state law claims in the Amended Complaint against these defendants.

One Goodwin Square      HALLORAN      Phone (860) 522-6103 <br>
225 Asylum Street      & SAGE LLP      Fax (860) 548-0006 <br>
Hartford, CT 06103           Juris No. 26105

Rule 54(b) provides in pertinent part that "the court may direct the entry of a final judgment as to one or more, but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." Fed. R. Civ. P. 54(b)(2002). The Court' Ruling and Order left remaining certain claims against the City of Hartford, United States Attorney Janet Reno and State of Connecticut Attorney General Blumenthal.[1/] The Court having dismissed all claims against Detective Merritt, along with the other individual defendants, justifies the entry of final judgment in his favor. The appearing no just reason for delaying the entry of judgment and given that this claim arose fourteen (14) years ago and has been the subject of litigation since 1992, the undersigned defendant would prefer to obtain finality as soon as possible.

WHEREFORE, for the foregoing reasons, the undersigned defendant respectfully requests the Court direct judgment in his favor in this case.

---

1/ The claims against United States Attorney General Reno were subsequently dismissed in a ruling dated February 21, 2003 (Doc. #60).

- 2 -

DEFENDANT:
GREGORY MERRITT

BY: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103
leaming@halloran-sage.com

- 3 -

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street            & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105

## CERTIFICATION

This is to certify that on this 9th day of October, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

Richard T. Biggar, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKensie Hall
110 Sherman Street
Hartford, CT 06105

David J. Sheldon
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824
(federal co-defendants Janet Reno & James Markowski)

_____
Brian P. Leaming

473170.1(HS-FP)

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105