

2004 OCT 14 P 2: 49

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIOUS CHANNER; | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00 CV230 (SRU) |
| VS. | : | |
| | : | |
| RICHARD BLUMENTHAL; | : | |
| JANET RENO; | : | |
| CITY OF HARTFORD; | : | |
| JAMES MARKOWSKI; | : | |
| DETECTIVE PERODEAU; | : | |
| DETECTIVE MERRITT; | : | |
| DETECTIVE WOLF; | : | |
| DETECTIVE ELLIS; SERGEANT | : | |
| CAGIANELLO, ET AL | : | |
| Defendants | : | OCTOBER 9, 2003 |

## CITY OF HARTFORD'S ANSWER AND AFFIRMATIVE DEFENSES TO THE PLAINTIFF'S AMENDED CIVIL RIGHTS COMPLAINT

### COUNT ONE

1.    As to any allegation that James Markowski was a Hartford police officer, it is denied.  The defendant does admit that the other named defendants were former and/or are current Hartford police officers.  As to the allegations which allege that the individual defendants used excessive force, they are denied.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

COUNT TWO

2.     As to the allegation contained in paragraph 2 which alleges that James Markowski was a Hartford police officer, it is denied.  As to the remaining allegations contained in said paragraph, the plaintiff is left to his proof.

COUNT THREE

3.     Paragraph 3 is denied.

COUNT FOUR

4.     As to the allegations contained in paragraph 4, the plaintiff is left to his proof.

COUNT FIVE

5.     Paragraph 5 is denied.

COUNT SIX

6.     Paragraph 6 is denied.

COUNT SEVEN

7.     Paragraph 7 is denied.

COUNT EIGHT

8.     As to the allegations contained in paragraph 8 which alleges that the "Plaintiff made numerous attempt (sic) to reopen the court dismissial (sic) of

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

his claim of excessive force," it is admitted.  As to the remaining allegations contained in said paragraph, they are denied.

COUNT NINE

     9.     Paragraph 9 is denied.

COUNT TEN

     10.     Paragraph 10 is denied.

COUNT ELEVEN

     11.     Paragraph 11 is denied.

AFFIRMATIVE DEFENSES

First Affirmative Defense

     The Amended Complaint fails to state a claim upon which relief can be granted.

Second Affirmative Defense

     The plaintiff's claims are barred by the statute of limitations.

Third Affirmative Defense

     The plaintiff's claims are barred by the doctrine of *res judicata*.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Fourth Affirmative Defense

The undersigned defendant is immune from liability for the payment of punitive damages.

DEFENDANT,
CITY OF HARTFORD

BY: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 9th day of October, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

Richard T. Biggar, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKensie Hall
110 Sherman Street
Hartford, CT 06105

David J. Sheldon
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824
(federal co-defendants Janet Reno & James Markowski)

Brian P. Leaming

472955.1(HS-LP)

- 5 -