FILED

2003 OCT 23 P 4:57

US DISTRICT COURT
BRIDGEPORT C.T.

United States District Court
District of Connecticut

Claudious W. Ghdnuen
            Plaintiff

October 21, 2003

3:00 CV 230 (SRU) (WiG)

vs.    Civil No. CV230 (SRU)

Richard Blumenthal, ET AL

            Defendants

## Plaintiff's Motion Seeking To Strike

On October 9, 2003 defendant Merrick and the City of Hartford filed an answer

to the Plaintiff's Complaint. The defendants claimed four affirmative defenses that is repetitious of their assertions in their Motion to dismiss.

(1). On the defendants First Affirmative defense. The defendants Claimed that the Plaintiff's Complaint failed to State a Claim upon which relief can be granted. This claimed defense was asserted in the defendants Rule 12(b)(6) Motion to dismiss. Wherefore, this defense is repetitious and must be Stricken.

(2). Secondly, the defendants claimed that the Plaintiff's suit is banned by the Statute of limitation.

When a defendant claims a defense that is rest upon a case citation on a state statute. The defendants must cite the number of said statute on case citation. The defendants did not complied with this rule and therefore, There pleading must be stricken.

(3). It is common knowledge that there is a three years Statute of Limitation in the State of Connecticut which governs all 1983 law suits. After the Plaintiff had knowledge of the cause of action. This Court made it clear to the defendants in the denial of their Motion for Reconsideration that the Statute of Limitation began to run when Judge Dorsey Vacated the Plaintiffs Second Sentence.

-3-

The Plaintiff 1983 law suit was filed within three years of Judge Dorsey June 22, 1998 ruling. Wherefore, this claim of Statute of limitation must be stricken as repetitious and lacking in merit.

(4). Thirdly the defendants claimed that the Plaintiff is banned by the doctrine of res-judicata. To assert this claim the defendants must point to a case that was filed against these defendants, asserting the allegations of false imprisonment.

This Court already made it clear that the 1992 law suit cannot be classified as res-judicata in this claim of false imprisonment because the claim of false imprisonment in this case only came ripe for litigation after Judge Dorsey vacated the Plaintiff's

-4-

Sentence.

(5). Fourthly, the defendants claimed that they are immune from liability for payment of punitive damages. It is the defendants custom, policy and practice which cause the Plaintiff false imprisonments. In recent years the City of Hartford and it's police Department has falsely imprisoned several minority because they could not afford an investigator and a paid attorney to handle their case.

The Plaintiff intend to call several prisoners the City falsely imprisoned and settled their claims when their practice were disclosed. The Plaintiff intend to show that the defendants were intentionally dumping state case on the federal Government. When they had reason to know that the Plaintiff did not committed a federal offense.

-5-

In 1990 the defendants did not have the 85% sentencing law in Connecticut. The defendants made public statements to the news media and others of their intention to create federal offenses out of their state arrest which will enable defendants to serve federal sentences.

The defendants were seeking to relieve themself of a overcrowding prison system in 1989 to 1990. When the defendants came up with a policy to use federal agents along with local police officers to arrest citizens for state crimes.

For these reasons, Plaintiff ask that the defendants answer be stricken.

Respectfully Submitted

Obedious W. Chadwick
P.O. Box 100
Somers, Ct 06071
#151418

## Certificate of Service

This is to certify that a true copy of the attached was sent by first class mail to Attorney Richard T. Biggar, 110 Sherman Street, Hartford, Ct 06105; Attorney David J Sheldon at P.O. Box 1824, New Haven, Ct 06508 and to Attorney Brian P. Leaming at 225 Asylum Street, Hartford, Ct 06103 on this 21 day of October 2003.

Respectfully Submitted

Claudious W. Channer
P.O. Box 100
Somers, Ct 06071