FILED

2003 NOV 13 P 1: 02

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIOUS CHANNER;<br>Plaintiff<br><br>VS.<br><br>RICHARD BLUMENTHAL;<br>JANET RENO;<br>CITY OF HARTFORD;<br>JAMES MARKOWSKI;<br>DETECTIVE PERODEAU;<br>DETECTIVE MERRITT;<br>DETECTIVE WOLF;<br>DETECTIVE ELLIS; SERGEANT<br>CAGIANELLO, ET AL<br>Defendants | CIVIL ACTION NO.<br>3:00 CV230 (SRU)(WIG)<br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 10, 2003 |

### DEFENDANT CITY OF HARTFORD'S MOTION TO DISMISS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the undersigned defendant, City of Hartford ("the City"), respectfully moves for the entry of summary judgment in its favor in the present matter. In further support of this motion, the defendant submits the attached Memorandum of Law and incorporate the arguments set forth therein.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT,
CITY OF HARTFORD

BY: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 10th day of November, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

_____
Brian P. Leaming

474310.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105