United States District Court
District of Connecticut

Fabulous Channer                    November 17, 2003
    Plaintiff

        vs.        Civil No 3:00-230(SRU)

Richard Blumenthal, et al

        Defendants

Motion Seeking An Extension of Time

    Now Comes the above Name pro-se
Plaintiff who is presently incarcerated

Respectfully seek an extension of 60 days to file a rule 56(F) Motion in opposition To the defendants Motion For Judgment and Summary Judgment.

The Plaintiff is incarcerated and is unable to reach the defendants Counsels to determine if the oppose, to this request For an extension of 60 days to File a rule 56(F) Motion.

The defendants have not Supply the Plaintiff with his requested discoveries as yet.

The Plaintiff is unable at this juncture to show the City Internal Connection Without certain documents which is in the defendants Control. Wherefore, Plaintiff ask for an extension of 60 days to show the nexus of the City and its employees to the Plaintiff False imprisonment. In God we Trust.

Respectfully Submitted

Claudious W. Channer

P.O. Box 100

Somers, ct 06071

## Order

The foregoing Motion having been heard and it is hereby ordered: Granted / Denied

By The Court

_____ J

## Certificate of Service

I hereby certify a true copy of the enclosed was mailed on this 18 day of November 2003 to Attorney Brian P. Leaming. 225 Asylum St. Hartford, ct 06071.

Respectfully Submitted

_____

Claudious W. Channer
P O Box 100
Somers, Ct. 06071