United States District Court
District of Connecticut

Claudious W. Channer
    Plaintiff

    VS.  Civil No.3:00cv230 (SRU)

Richard Blumenthal ET AL            December 2003
    Defendants

## Motion Seeking to Compel Discoveries

ON January 29, 2001 the defendants were served with a request for interrogatories and production of documents. On or about July 23, 2001 the defendants were served with a second request for prodution of documents.

On July 26, 2001 Attorney Brian Leaming for the city of Hartford by letter. Respond to the Plaintiff request. Stating that he was seeking an early dismissal of the Plaintiff claims and therefore there is no need to engage in protracted discoveries. On December 11, 2003 Plaintiff serverd the city of Hartford with a request for freedom of information though its Attorney Brian Leaming.

Requesting a copy of prior law suits that were filed against the city for false arrest and excessive force. The city Attorney fired back an answer in defense.

Claiming that the plaintiff request is beyond the courts scheduling order on discoveries. If that is the case. Then the city motion for summary judgement is also beyond the courts scheduling order, which bear date of June 28, 2001.

The court order indicated that all summary judgement motion " must" be file within five months of the court June 28, 2001 order. The defendant city of Hartford summary judgement motion bear a date of November 10, 2003.

Plaintiff took note of the court comment on page two of its September 26, 2003 ruling. Denying the defendant city motion for a reconsideration. There the court stated that, the motion for reconsideration was filed four days beyond the extended deadline of October 11, 2002. To prove liability against the city. The Plaintiff must show that the city has a custom and practice of arresting citizens without probable and using excessive force against its citizens. To establish such a claim the Plaintiff must point to other incidents where the city use excessive force and falsely imprisoned against its Citizens. In recent years the city custom and policy have lead to excessive force being used on several people in the city of Hartford. For example, a 12 year old youth was murder by the use of excessive force. A Massachusetts man was

beaten by the Hartford police officers. Subsequently. A Hartford police officer was arrested for shooting into an unarm suspect car. Shooting the suspect and then claim that his life was threaten. The video tape on the police cruser depicted differently. In recent months the city of Hartford settle a law suit for false arrest. The city custom and policy is a continuing patten of conduct over the years. The Honorable Bruce P. Marquis was hired to improve the city police force but some things never change.

Excessive force and false arrest take place on a regular basis in the city. The citizens are under the belief that those acts are legal because it's their every day experience with the Hartford police officers just in. An Inmate in formed the plaintiff that a man by the name of Darren Chambers was assaulted by the Hartford Police Department recently. The inmate is reporting that the police split Mr. Chambers head open.

Mr. Birdsall was a victim of excessive force and false imprisonment. While Mr. Birdsall did not point to other custom and practice of the city.

This Plaintiff would like to show the city custom and practice for what it is. See Birdsall V. City of Hartford, 249 Fsupp 163 Cd. conn. 2003. With the withheld documents. This count will discover that the city has a consistent

patten of ignoring abuse by its Police Department. If the city do not put a stop to the police abuse of its Citizens. Then, the practice will be continue. The city record will reveal that there is an on going practice in the city. When it comes to falsely arresting Minorities and the use of excessive force on Minorities.

The Plaintiff is imprisoned and has no investigator to gather discoveries for him. Wherefore, Plaintiff is depending on the system to work, and afford him relevant evidence to support his allegations. For these reasons stated herein, Plaintiffs ask that the defendant city of Hartford be compelled to hand over all relevant documents in its possession which pertain to excessive force, false arrest and false imprisonment.

Respectfully Submitted by
a Blackstone law Student;

_____
Claudious W. Channer
P.O. Box 100
Somers, CT. 06071
# 151418

## Certificate of Service

This is to certify that a true copy of the foregoing motion was mailed postage prepaid and delivered to Attorney Brian L. Leaming 225 Asylum Street Hartford, CT 06103 on this _25_ day of December 2003.

Respectfully Submitted

_____
Claudious W. Channer
P.O. Box 100
Somers, CT. 06071
# 151418

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLAUDIOUS W. CHANNER

        Plaintiff,

                                    January 29, 2001

    VS.        Civil NO. 3:00CV230(SRU)(WIG)

RICHARD BLUMENTHAT, ET AL

        Defendants.

_____/

PLAINTIFF' REQUEST FOR INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rule of Civil Procedures Rule 33 and Rule 34, this Plaintiff's submit the following request for interrogatories and production of documents. You are directed to file an answer to this request within 30 days of your receipt of this request, under oath and produce each of the documents rrequested herein.

(1). Attention Attorney General Richards Blumenthal. State Your duty and responsibility to an incacerated person in the State of Connecticut?

(2). State your duty and responsibility to a prisoner who is claiming that he is falsely imprisoned through State official corruption?

(3). State your duty and responsibility to a prisoner who informed you and your subordinates that the City of Hartford Policed Department has used excessive force against him?

(4). State your duty and responsibility to a prisoner who report to you that he is imprisoned for a crime that he did not commit.?

(5), Were you aware that the Plaintiff is asserting that he is falsely imprisoned. If the answer is yes, state the date when you first learn of the Plaintiff's claim.

(6). Were you aware that the Plaintiff is claiming that the Hartford Police Officers named herein, used excessive force ag inst him. If the answer is yes, state the date and time when you first learn of the Plaintiff's claim.

(7). What is your duty and responsibility to a citizen who reside in the State of Connecticut.?

(8). If your duty and responsibility is set out in a document or directive, then submit said document to this Plaintiff.

(15). Submit a copy of any and all complain and report, written or recorded which was submitted against the Police officers named herein?

(16). Attention Detective Perodeau, Merritt and James Markowski: On March 2, 1989 what kind of weapon were you carrying?

(17). Described your position and movement while at 57 Wethersfield Ave, on March 2, 1989?

(18). Describedf under oath what the Plaintiff had in his hand when you first saw him?

(19). Described exactly where you find the colt 45 weapon, under oath?

(20). Was ther Plaintiff handcuffed in the Parking lot of 57 Wethersfield and then brogght to Apartment G-3?

(21). Did you kicked the Plaintiff while he was handcuff?

(22). Did you saw anyone kick or beating the Plaintiff while he was in handcuff? If the answer is yes, give the name of that person and describe what you saw in detail.

(23). While you were inside the Plaintiff's Apartment, did you punch the plaintiff in his face or did you saw anyone punched the plaintiff in his face?

(9). Provide the name and title of the Person who is responsible for the false imprisonment of citizen in the State of Connecticut?

(10). State the name or names of the individuals who are responsibilèt to investigate claims of citizens being falsely imprisoned?

(11).. State the name or names of the persons who are responsibile to investigate issue of Police excessive forece against black people or citizens.

(12). Submit a cppy of each document which were referred to your office, concerning the issue of excessive force and false imprisonment.

(13). Give the address where detective Ellis, Wolf and Stg. Caginello can be reach for service of this Complaint.

(14). State the reason or reasons why detective Ellis , Wolf and Stg. no longer work for the Hartford Police Department If there is a written report why these officers were terminated when submit such report.

(24). Did you beat the Plaintiff in his head with your weapon or did you saw anyone beating the Plaintiff in his head with their weapon?

(25). Did you see an officer striking the Plaintiff while he was in handcuff. If the answer is yes, what did you do to stop the officer from using excessive force upon an person who was handcuff?

The foregoing questions must be answered under oath and sworn to.

Respectfully submitted

_____
Claudidus W. Channer
982 Norwich New London Tpke
Uncasville, Ct 06382

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Motion was mailed to Assistant Attorney General Richard Biggar, at 110 Sherman Street, Hartford, Ct 06103, US Assistant Attorney Office 141 Church Street, New Haven, Ct 06510, Law Office of Halloran and Sage, one Goodwin Square, Hartford, Ct 06103 and to Council Manager Government, Det. Rush, 50 Jenninges road, Hartford, Ct 06120, on this 29 day of January 2001.

Respectfully submitted

(Claudious M. Channer
982 Norwich/ New London Turnpike
Uncasville, Ct 06382