FILED

2004 JAN -8  P 12: 24

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIOUS CHANNER;<br>Plaintiff<br><br>VS.<br><br>RICHARD BLUMENTHAL; JANET RENO;<br>CITY OF HARTFORD; JAMES<br>MARKOWSKI; DETECTIVE PERODEAU;<br>DETECTIVE MERRITT; DETECTIVE<br>WOLF; DETECTIVE ELLIS; SERGEANT<br>CAGIANELLO, ET AL<br>Defendants | CIVIL ACTION NO.<br>3:00 CV230 (SRU)<br><br><br><br><br><br><br><br>JANUARY 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendant, City of Hartford, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendant continues to be represented by James J. Szerejko of Halloran & Sage LLP.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105


DEFENDANT,
CITY OF HARTFORD

BY: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 6th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

*cc:   via certified mail:*

Alexander Aponte, Corporation Counsel
Office of Corporation Counsel
550 Main Street
Hartford, CT 06103

_____
Brian P. Leaming

499749.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105