

**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

(860) 808-5318

Office of The Attorney General
## State of Connecticut

*Tel: (860) 808-5450*

June 27, 2001

Claudious Channer #151418
Osborn Correctional Institution
P.O. Box 100
Somers, CT 06071

**RE:** **Channer v. Blumenthal, et al.**
       **Civil No. 3:00CV230 (SRU)(WIG)**

Dear Mr. Channer:

Thank you for your letter of June 26, 2001. Please be advised that the Office of the Attorney General did not participate in your arrest or prosecution. The Attorney General, Richard Blumenthal, obviously did not view your arrest and does not employ any of the defendants.

It is for these reasons that I objected to your "interrogatories and requests for production", dated January 29, 2001. If you are only seeking records that are within the custody of the Department of Correction, we can probably reach a compromise on this discovery. If, however, you are seeking records that are within the custody of the Hartford Police Department, I am afraid that I can be of no help.

I believe I have provided you with the responsibilities of the Attorney General and am not sure what other documents you are seeking. Please let me know if we can reach a compromise on these discovery issues.

Very truly yours,

Richard T. Biggar
Assistant Attorney General

RTB/bjo

Claudious W. Channer
P.O. Box 100
Somers, Ct. 06071
July 23, 2001

Dear Attorney James J. Szerejko:
Re: Channer v. Blumenthal, ET AL
Civil No. 3:00CV230 (SRU)

   Greetings, I am in receipt of your July 19, 2001 appearance in the above captioned case and would like to advise you of my outstanding Request for Interrogatories and Production of documents which is dated January 29, 2001. In addition, to those Request I am asking for a copy of the following documents.

(6) A copy of each law suit that was filed against the City of Hartford and its Police officers, over the pass 10 years. For ~~excessive force~~ using excessive force against a suspect.

Thank you for your patience and time in this matter.

Yours truly:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLAUDIOUS CHANNER

V.

PAUL MURRAY, ET AL.

PRISONER
CASE NO. 3:00CV230 (SRU) (WIG)

## RULING AND ORDER

Presently before the Court is the plaintiff's motion for default. For the reasons set forth below, the motion is denied.

The plaintiff states that he served interrogatories and requests for production of documents on the defendants at the end of January 2001, but the defendants have not responded to these discovery requests. The plaintiff also states that defendant Blumenthal has appeared in this action, but has failed to respond to the amended complaint. Finally, he claims that the defendant police officers have accepted service in this case" and are in default for failure to appear and plead.

With respect to the plaintiff's discovery requests, a party may seek the assistance of the court only after he has complied with the provisions of Rule 37a(2)(A) of the Federal Rules of Civil Procedure and Rule 9(d)(2) of the Local Civil Rules of the United States District Court for the District of Connecticut. Under both rules, a motion to compel must include a certification that the plaintiff has made an attempt to confer with opposing counsel, or with the defendants themselves if they are unrepresented, in

a good faith effort to resolve the discovery dispute without the intervention of the court. In addition, Rule 9(d)(3) requires that any discovery motion filed with the court be accompanied by a detailed memorandum of law containing the specific items of discovery sought or opposed. Rule 9(d)(3) provides in pertinent part:

> Memoranda by both sides shall be filed with the Clerk in accordance with Rule 9(a) of these Local Rules before any discovery motion is heard by the Court. Each memorandum shall contain a concise statement of the nature of the case and a specific verbatim listing of each of the items of discovery sought or opposed, and immediately following each specification shall set forth the reason why the item should be allowed or disallowed . . . Every memorandum shall include, as exhibits, copies of the discovery requests in dispute.

D. Conn. L. Civ. R. 9(d)(3).

Here, the plaintiff has failed to file a certification that he has made a good faith effort to resolve this discovery dispute without the intervention of the court. Thus, the plaintiff has not complied with the provisions of Local Rule 9(d)(2). In addition, the plaintiff has failed to file a memorandum in support of his motion or attach a copy of the interrogatories and request for production to his motion as required by Local Rule 9(d)(3). Because the plaintiff has failed to attach a certification indicating that he has contacted the attorney representing defendant Blumenthal or any of the other unrepresented defendants in a good faith effort to resolve this discovery dispute in compliance with Local Rule 9(d)(2) and has failed to file a memorandum in support of his motion to compel and attach a copy of the request for production and interrogatories as required by Local Rule 9(d)(3), the plaintiff's motion for default is denied to the extent that it relates to the plaintiff's January 2001 discovery requests.

The plaintiff also seeks to default defendant Blumenthal because he has failed

to file a response to the complaint and the defendants police officers because they have failed to appear or plead. First, defendant Blumenthal is not in default for failure to plead in light of the scheduling order issued this same date permitting him thirty days to respond to the amended complaint. Second, there is no evidence in the court file that the defendant police officers have been served with the amended complaint. Thus, they are not in default for failure to appear or plead. Accordingly, the plaintiff's motion is denied to the extent that the plaintiff seeks to default the defendants for failure to appear or plead.

### Conclusion

The plaintiff's Motion for Default [doc. # 14] for failure to appear and plead and for failure to respond to interrogatories and requests for production is DENIED.

SO ORDERED.

Dated at Bridgeport, Connecticut, this ___ day of _____, 2001.

_____
William I. Garfinkel
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLAUDIOUS W. CHANNER

    Plaintiff,

                                    January 29, 2001

VS.        Civil NO. 3:00CV230(SRU)(WIG)

RICHARD BLUMENTHAT, ET AL

    Defendants.

_____/

PLAINTIFF' REQUEST FOR INTERROGATORIES AND REQUEST FOR
       PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rule of Civil Procedures Rule 33 and Rule 34, this Plaintiff's submit the following request for interrogatories and production of documents. You are directed to file an answer to this request within 30 days of your receipt of this request, under oath and produce each of the documents rrequested herein.

(1). Attention Attorney General Richards Blumenthal. State Your duty and responsibility to an incacerated person in the State of Connecticut?

(2). State your duty and responsibility to a prisoner who is claiming that he is falsely imprisoned through State official corruption?

(3). State your duty and responsibility to a prisoner who informed you and your subordinates that the City of Hartford Policed Department has used excessive force against him?

(4). State your duty and responsibility to a prisoner who report to you that he is imprisoned for a crime that he did not commit.?

(5), Were you aware that the Plaintiff is asserting that he is falsely imprisoned. If the answer is yes, state the date when you first learn of the Plaintiff's claim.

(6). Were you aware that the Plaintiff is claiming that the Hartford Police Officers named herein, used excessive foree ag inst him. If the answer is yes, state the date and time when you first learn of the Plaintiff's claim.

(7). What is your duty and responsibility to a citizen who reside in the State of Connecticut.?

(8). If your duty and responsibility is set out in a document or directive, then submit said document to this Plaintiff.

(15). Submit a copy of any and all complain and report, written or recorded which was submitted against the Police officers named herein?

(16). Attention Detective Perodeau, Merritt and James Markowski: On March 2, 1989 what kind of weapon were you carrying?

(17). Described your position and movement while at 57 Wethersfield Ave, on March 2, 1989?

(18). Describedf under oath what the Plaintiff had in his hand when you first saw him?

(19). Described exactly where you find the colt 45 weapon, under oath?

(20). Was ther Plaintiff handcuffed in the Parking lot of 57 Wethersfield and then brogght to Apartment G-3?

(21). Did you kicked the Plaintiff while he was handcuff?

(22). Did you saw anyone kick or beating the Plaintiff while he was in handcuff? If the answer is yes, give the name of that person and describe what you saw in detail.

(23). While you were inside the Plaintiff's Apartment, did you punch the plaintiff in his face or did you saw anyone punched the plaintiff in his face?

(9).  Provide the name and title of the Person who is responsible for the false imprisonment of citizen in the State of Connecticut?

(10). State the name or names of the individuals who are responsibilet to investigate claims of citizens being falsely imprisoned?

(11).. State the name or names of the persons who are responsibile to investigate issue of Police excessive forece against black people or citizens.

(12).  Submit a cppy of each document which were referred to your office, concerning the issue of excessive force and false imprisonment.

(13).  Give the address where detective Ellis, Wolf and Stg. Caginello can be reach for service of this Complaint.

(14).  State the reason or reasons why detective Ellis , Wolf and Stg. no longer work for the Hartford Police Department If there is a written report why these officers were terminated when submit such report.

(24). Did you beat the Plaintiff in his head with your weapon or did you saw anyone beating the Plaintiff in his head with their weapon?

(25). Did you see an officer striking the Plaintiff while he was in handcuff. If the answer is yes, what did you do to stop the officer from using excessive force upon an person who was handcuff?

The foregoing questions must be answered under oath and sworn to.

Respectfully submitted

_____
Claudius W. Channer
982 Norwich New London Tpke
Uncasville, Ct 06382

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Motion was mailed to Assistant Attorney General Richard Biggar, at 110 Sherman Street, Hartford, Ct 06103, US Assistant Attorney Office 141 Church Street, New Haven, Ct 06510, Law Office of Halloran and Sage, one Goodwin Square, Hartford, Ct 06103 and to Council Manager Government, Det. Rush, 50 Jenninges road, Hartford, Ct 06120, on this 29 day of January 2001.

Respectfully submitted

Claudious W. Channer
982 Norwich/ New London Turnpike
Uncasville, Ct 06382



# HALLORAN
# & SAGE LLP

Brian P. Leaming  *  Direct: (860) 297-4655  *  E-Mail: leaming@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone (860) 522-6103
Fax (860) 548-0006
www.halloran-sage.com

July 26, 2001

Mr. Claudious Channer
P.O. Box 100
Somers, CT 06071

    Re:    Claudious Channer v. City of Hartford, et al
           Our File No.    :    05645.0599

Dear Mr. Channer:

    We have been retained by the City of Hartford to defend the City of Hartford and Detective Merritt in this litigation. We are also in receipt of your correspondence dated July 23, 2001, directed to Attorney James Szerejko of this office. Please be advised that I have assumed the further handling of this file and all correspondence should be directed to me. Please be further advised that we received no interrogatories or other discovery requests directed to our clients and, therefore, cannot respond to same.

    It is evident from the other requests in your letter, as well as our reading of the complaint, that the claims you have alleged are barred by the applicable statute of limitations. Moreover, your claims are barred under the doctrine of *res judicata*. Accordingly, it is our intention to seek an early dismissal of this case without engaging in protracted discovery. We would, therefore, request that you request a voluntary dismissal of this case immediately.

    Should you have any further questions or concerns, please direct them to me in writing.

                                                Very truly yours,

                                                Brian P. Leaming

BPL/cmb
226164.1(HS-FP)

                        Hartford          Middletown          Westport

HTFD PD RECORDS DIV
2003 JUN 24 P 4: 2:

Claudious Channer, 151418
AKA Clifton Channer
DOB 12/7/61

P.O. Box 100
Somers, Ct 06071

June 23, 2003

Request for Freedom of Information to the Hartford Police Department.

Pursuant to Vaughn v. Rosen, 484 F2d 820 (DC Cir. 1973). I am requesting a detail index of any and all information that this department is presently holding on the above name Clifton Channer, 12/7/61 or Claudious Channer.

Thank you very much for your patience and time in this request within four business days.

Yours Truly,

[signature]

HARTFORD POLICE DEPARTMENT
CRIMINAL HISTORY

```
CHANNER,CLAUDIUS,W                  MASTER FILE NO A33434
48 FOREST ST                        BLACK    MALE   DOB: 12/13/61 AGE 41
HARTFORD                 CT
--------------------------------OFFENDER IDENTIFICATION--------------------------
HEIGHT 5'10"WEIGHT 150 HAIR: BROWN CURLY SHORT BEARD MEDIUM BUILD
BROWN EYES, MEDIUM COMPLEXION, GOOD TEETH, RIGHT HANDED, 10 YRS EDUC
MARITAL STATUS:SINGLE    BIRTHPLACE:PORTLAND,JAMAICA
NEXT OF KIN:KIM SHEPHARD                   MOTHER'S MAIDEN NAME:DICE
EMPLOYER/SCHOOL:TINT MASTER            LAST PHOTO DATE:11/89
SOC-SEC-NO:UNKNOWN     FBI NO:247530X7   CSBI NO:419956
FINGERPRINTS: NCIC                         HENRY:1UOII 9 /1UIII 8 /
IDENTIFIED BY:CHRYSTAL,JAMES    COMMENTS:SCAR ON BOTH EYEBROWS/BOT.LIP
BODY   SCAR Right Face/Head: SCAR Left Face/Head:
MARKS
-------------------------------CRIMINAL HISTORY SUMMARY-------------------------
 ARREST
  DATE    OFFENSES CHARGED        CTS SUBSTITUTE INFORMATION    DISPOSITION
09/12/83 BURGLARY-THIRD DEGREE        USING M/V W/O PERMISSION   ONEYEAR,SUSPEND
         CRIMINAL MISCHIEF 2
         POSS.BURGLARY TOOLS
         LARCENY-SECOND DEGREE
07/22/88 ROBBERY-1ST DEGREE                                      15-20YEARS,PRIS
         CONSPIRACY                   ROBBERY-1ST DEGREE         NOTGUILTY
         ROBBERY-1ST DEGREE                                      15-20YEARS,PRIS
03/02/89 WEAPONS IN VEHICLES
--------------------------------ARREST DETAIL-----------------------------------
 1. ARREST #  38829 09/12/83        DOCKET #         CASE # 83-37809  BOND
    53A103   0500 BURGLARY-THIRD DEGREE      14229CL USING M/V W/O PERMISSION
    ONEYEAR,SUSPENDED,1-3YRSPROB              12/02/83
    53A116   3508 CRIMINAL MISCHIEF 2
                                              12/02/83
    53A106   3508 POSS.BURGLARY TOOLS
                                              12/02/83
    53A123   0635 LARCENY-SECOND DEGREE
                                              12/02/83
    PLACE OF ARREST          PLACE OF OFFENSE         ARRESTING OFFICERS
                             114 VERNON ST            NOT AVAILABLE


 2. ARREST # 132508 07/22/88 16:32 DOCKET # C 349639 CASE # 88-32379  BOND 25000
    53A134   0300 ROBBERY-1ST DEGREE
    15-20YEARS,PRISON                          02/21/91
    53A48    2660 CONSPIRACY                53A134  ROBBERY-1ST DEGREE
    NOTGUILTY                                  02/21/91
    53A134   0300 ROBBERY-1ST DEGREE
    15-20YEARS,PRISON                          02/21/91
    PLACE OF ARREST          PLACE OF OFFENSE         ARRESTING OFFICERS
    65 ENFIELD ST            15 LAUREL ST             LEFTWICH,ARVID       720
    HARTFORD                                          LYONS,CHRIS          246
```

3. ARREST # 147337 03/02/89 18:44 DOCKET #                CASE # 89-10858   BOND 10000
   2938    1200 WEAPONS IN VEHICLES

   PLACE OF ARREST            PLACE OF OFFENSE         ARRESTING OFFICERS
   57 WETHERSFIELD AV         57 WETHERSFIELD AV       MERRITT,GREGORY            498
   HARTFORD                                            PERODEAU,MICHAEL           205

   ------ALIAS AND NICKNAMES OF CHANNER,CLAUDIUS,W                          ----------

   CHANNER,CLIFTON                          MALE    DOB 12/31/61 DATE USED 12/04/89
   CHANNER,CLAUDIOUS                        MALE    DOB 12/13/61 DATE USED 12/04/89
   CHANNER,CLAUDIAUS                        MALE    DOB 12/13/61 DATE USED 12/04/89