FILED

2004 JAN -8 P 12: 24

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIOUS CHANNER;<br>Plaintiff<br><br>VS.<br><br>RICHARD BLUMENTHAL; JANET RENO;<br>CITY OF HARTFORD; JAMES<br>MARKOWSKI; DETECTIVE PERODEAU;<br>DETECTIVE MERRITT; DETECTIVE<br>WOLF; DETECTIVE ELLIS; SERGEANT<br>CAGIANELLO, ET AL<br>Defendants | CIVIL ACTION NO.<br>3:00 CV230 (SRU)<br><br><br><br><br><br><br><br>JANUARY 6, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendant, City of Hartford, in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendant continues to be represented by James J. Szerejko of Halloran & Sage LLP.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

MOTION GRANTED.
SO ORDERED /s/
Stefan R. Underhill, U.S.D.J.

FILED
M 1/20/04

2004 JAN 20 A 9:44
US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | **HALLORAN**<br>**& SAGE LLP** | Phone (860) 522-6103<br>Fax (860) 548-0006<br>Juris No. 26105 |