FILED

2004 JAN 20  P 1: 23

US DISTRICT COURT
BRIDGEPORT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIOUS CHANNER;<br>Plaintiff | CIVIL ACTION NO.<br>3:00 CV230 (SRU)(WIG) |
| VS. | |
| RICHARD BLUMENTHAL;<br>JANET RENO;<br>CITY OF HARTFORD;<br>JAMES MARKOWSKI;<br>DETECTIVE PERODEAU;<br>DETECTIVE MERRITT;<br>DETECTIVE WOLF;<br>DETECTIVE ELLIS; SERGEANT<br>CAGIANELLO, ET AL<br>Defendants | JANUARY 16, 2004 |

## APPEARANCE

Please enter my appearance as Attorney for the defendant, City of Hartford, in the above-entitled action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT
CITY OF HARTFORD

BY: _____
Eric P. Daigle
Fed. Bar No. ct 23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tel: (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 16th day of January, 2004, the foregoing Appearance was mailed, postage prepaid, to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

Richard T. Biggar, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKensie Hall
110 Sherman Street
Hartford, CT 06105

David J. Sheldon, Esq.
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824

_____
Eric P. Daigle

504598.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105