UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIOUS CHANNER; | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00 CV230 (SRU)(WIG) |
| VS. | : | |
| | : | |
| RICHARD BLUMENTHAL; | : | |
| JANET RENO; | : | |
| CITY OF HARTFORD; | : | |
| JAMES MARKOWSKI; | : | |
| DETECTIVE PERODEAU; | : | |
| DETECTIVE MERRITT; | : | |
| DETECTIVE WOLF; | : | |
| DETECTIVE ELLIS; SERGEANT | : | |
| CAGIANELLO, ET AL | : | |
|     Defendants | : | MARCH 5, 2004 |

**MOTION TO STAY DISCOVERY PENDING DEFENDANT
CITY OF HARTFORD'S MOTION FOR SUMMARY JUDGMENT**

The undersigned defendant, City of Hartford ("City"), respectfully moves this Court for a stay of all discovery, including but not limited to interrogatories, production requests and requests to admit, until such time as the Court has ruled on the defendant's Motion for Summary Judgment dated November 13, 2003. In support of this motion, the defendant submits the following.

On November 13, 2003, the undersigned defendant filed a Motion for Summary Judgment (docketed as a Motion to Dismiss [doc #77]) and supporting Memorandum of

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Law.  The pending Motion for Summary Judgment challenges the plaintiff's sole remaining claim of false imprisonment under 42 U.S.C. § 1983.

Since the filing of the defendant City's summary judgment, the plaintiff has filed two motions in which he is seeking to compel discovery; specifically, on December 18, 2003, the plaintiff filed a Motion Seeking Discovery (doc #80) and on December 29, 2003, the plaintiff filed a Motion Seeking to Compel Discoveries (doc #82).  On February 17, 2004, the defendant received a document entitled "Third Set of Interrogatories" dated February 12, 2004.  **Exh. A**.  The City again argues that the deadline set forth in the Scheduling Order has long expired.  The plaintiff has had ample opportunity to conduct discovery and the newly requested discovery will not assist the plaintiff in objecting to the defendant's summary judgment.  Because of the present uncertainties in this case, the City requests the Court stay discovery pending a ruling on the Summary Judgment.

Courts have granted stays of discovery pending a validly filed summary judgment.  *In re Rockefeller Center Properties v. Rockefeller Center Properties*, 2002 WL 31086107 (2d Cir. NY) (denying request for additional discovery regarding overcharges was not abuse of discretion prior to ruling on summary judgment where mere speculation is presented that discovery would yield evidence of legally cognizable mistakes); *Stoner v. The New York City Ballet Company*, 1999 WL 1018075 (S.D.N.Y.); *Bourdon v. Roney, et al.*, 2003 WL 21058177 (N.D.N.Y.) (stay of discovery was continued awaiting ruling of renewed motion for summary judgment).  To prevent

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

economical waste, the defendant City claims that pursuant to Fed. R. Civ. P. 26(c), this Court has the authority to "make any order which justice requires to protect a party or person from … expense."

The defendant City requests that, based on the arguments outlined above, this matter be stayed until such time as the pending Motion for Summary Judgment is ruled on since the requested discovery is unnecessary and economically wasteful.

          DEFENDANTS,
          CITY OF HARTFORD


      BY: _____
          Eric P. Daigle
          Fed. Bar No. ct23486
          HALLORAN & SAGE LLP
          One Goodwin Square
          Hartford, CT  06103
          Tele: (860) 522-6103
          daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 5th day of March, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

Richard T. Biggar, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKensie Hall
110 Sherman Street
Hartford, CT 06105

David J. Sheldon
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824

$\underline{\phantom{xxxxxxxxxxxxxxxxxxxxxxxxx}}$
Eric P. Daigle

523180.1

- 4 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105