UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIOUS CHANNER; | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00 CV230 (SRU)(WIG) |
| VS. | : | |
| | : | |
| RICHARD BLUMENTHAL; | : | |
| JANET RENO; | : | |
| CITY OF HARTFORD; | : | |
| JAMES MARKOWSKI; | : | |
| DETECTIVE PERODEAU; | : | |
| DETECTIVE MERRITT; | : | |
| DETECTIVE WOLF; | : | |
| DETECTIVE ELLIS; SERGEANT | : | |
| CAGIANELLO, ET AL | : | |
| Defendants | : | April 1, 2004 |

## REPLY TO PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION TO STAY DISCOVERY

The plaintiff has set forth in his opposition to the defendant's Motion for Stay that

discovery is needed to show that the City has a custom and policy of withholding

documents from the plaintiff (Opposition, p. 5) and that the discovery is needed to show

that police officers, inspectors and prosecutors were fabricating information to obtain

arrest warrants, along with using excessive force against minorities in the City.

(Opposition, p. 6). As such, the plaintiff alleges that discovery is needed to satisfy a

Monell claim against the City.

The defendant, City of Hartford, opposes these unfounded allegations and

requests that the Court focus the plaintiff on the sole remaining claim of false

imprisonment under 42 U.S.C. § 1983. Based on this sole remaining claim of false

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

imprisonment against the City of Hartford, the discovery of documents continually requested by the plaintiff are overly broad on their face, overly burdensome, oppressive, unreasonable, outside the scope of permissible discovery and not reasonably calculated to lead to admissible evidence. Therefore, the plaintiff's entire argument has centered on documents which he has not been provided; however, the defendant argues that they are far outside the scope of the pending claim.

In addition to the legal support set forth in the Motion to Stay, the defendants argue that pursuant to Fed. R. Civ. P. 26(c), a district court may stay discovery upon a showing of "good cause." Thrower v. Pozzi, 2002 WL 91612 at *7 (S.D.N.Y. Jan. 24, 2002) (quoting Siemens Credit Corp. v. American Transit Ins. Co., 2000 WL 534497, at *1 (S.D.N.Y. May 3, 2000)). Pursuant to Fed. R. Civ. P. 26(c), the Court also has the authority to "make any order which justice requires to protect a party or person from … expense." As such, the Court may stay discovery while a dispositive motion is pending. Johnson v. New York Univ. School or Education, 205 F.R.D. 433, 434 (S.D.N.Y. 2002). Courts in this district have held "that a stay of discovery is appropriate pending resolution of a potentially dispositive motion where the motion 'appear[s] to have substantial grounds' or, stated another way, 'do[es] not appear to be without foundation in law.' " Id. In re Currency Conversion Fee Antitrust Litigation, 2002 WL 88278, at *1 (S.D.N.Y. Jan. 22, 2002) (quoting Chrysler Capital Corp. v. Century Power Corp., 137 F.R.D. 209, 209-10 (S.D.N.Y.1991)) (citing Flores v. Southern Peru Copper Corp., 203

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

F.R.D. 92, 2001 WL 396422, at *2 (S.D.N.Y. Apr. 19, 2001); Anti-Monopoly, Inc. v. Hasbro, Inc., 1996 WL 101277, at *2 (S.D.N.Y. March 7, 1996)). In granting a stay, courts generally consider "the breadth of discovery sought and the burden of responding to it." Anti-Monopoly, Inc., 1996 WL 101277, at *3.

Wherefore, the defendant, City of Hartford, requests that the Court stay discovery pending a ruling on the defendant's Motion for Summary Judgment.

DEFENDANTS,
CITY OF HARTFORD


By_____
    Eric P. Daigle
    Fed. Bar No. ct23486
    HALLORAN & SAGE LLP
    One Goodwin Square
    Hartford, CT  06103
    Tel: (860) 522-6103
    Daigle@halloran-sage.com
    Its Attorneys

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 1st day of April, 2004, the foregoing was mailed, postage prepaid, to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

Richard T. Biggar, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKensie Hall
110 Sherman Street
Hartford, CT 06105

David J. Sheldon
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824

_____
Eric P. Daigle

533932.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105