United States District Court
District of Connecticut

Claudious W. Channer
    Plaintiff        September 3, 2004

vs.    Civil No. 3:00CV230 (SRU)

Richard Blumenthal, et al
    Defendants.

<u>Motion Seeking An Extension of Time</u>

Now Comes the above pro-se Plaintiff who is presently incarcerated, Respectfully

Move this Honorable Court to grant the pro-se Plaintiff an Extension of sixty days to comply with the Court order to file a Reply to the defendants Motion for Summary Judgment.

At this moment there is no typewriter in the prison law library and the Response might be hand written if the warden decided not to provide us with new typewriters. The ones that were there are broken and need fixing according to Major Southerland.

In addition, the Plaintiff is the Plaintiff in Chauner v. Channel Three New etal no. CV01-0559328-S.

Due to the Plaintiff imprisonment he is unable to ascertain the Respondents position on this Motion Seeking an Extension of Time.

This the Plaintiff's first Request for an Extension of time to file a Response to the defendants Motion for Summary Judgment.

Based upon the foregoing Hyperties set forth herein this pro-se Plaintiff's Respectfully ask that he be allow an Extension of sixty days to file a Response to the defendants Summary Judgment Motion.

Respectfully Submitted

*[signature]*
Obedious W. Charman
P.O. Box 100
Somers, Ct 06071

Certificate of Service

This is to certify that a true copy of the Foregoing Motion has been forwarded to Attorney Eric P. Daigle, 1 Goodwin Square, Hartford, Ct 06103, Assistant Attorney General Richard T. Biggar, 110 Sherman Street, Hartford, Ct 06105 and to the Assistant United States Attorney David J. Sheldon, Esq P.O. Box 1824 New Haven Ct 06508 on this 3 day of September 2004.

Respectfully Submitted

Claudious W. Channer
P.O. Box 100
Somers, Ct 06071

```
CHANNER, CLAUDIUS        VS.        CV-01-0559328-S
CHANNEL 3 NEWS

**NOTICE OF ASSIGNMENT FOR ARGUMENT**
PLEASE BE ADVISED THAT MOTION FOR SUMMARY
JUDGMENT IS ASSIGNED FOR ARGUMENT ON

10-04-04 AT 2:00 P.M. AT THE NEW LONDON SUP.
COURT. THIS MATTER MAY NOT BE MARKED OFF.
COUNSEL WILL ONLY BE EXCUSED FROM APPEARANCE
IF A WITHDRAWAL OF THE MOTION IS FILED
BY THE DATE FOR ARGUMENT. IF THE MATTER
IS CONTINUED BY THE PRESIDING JUDGE, NO NEW
DATE FOR ARGUMENT WILL BE ISSUED. RATHER, THE
MOVANT MUST RECLAIM THE MATTER TO THE SHORT
CALENDAR.
BY THE COURT, MARTIN, J., P.J.
NEW LONDON SUPERIOR COURT, 70 HUNTINGTON ST.
CAROLINE FARGEORGE/NEW LONDON CASEFLOW


                                          CLAUDIUS CHANNER
                                          100 BILTON ROAD
                                          P.O. BOX 100
                                          SOMERS CT         06071

SUPERIOR COURT
70 HUNTINGTON STREET
P.O. BOX 671
NEW LONDON, CT           06320


DATED: AUG 25, 2004
KNL
```

SUPERIOR COURT
70 HUNTINGTON STREET
P.O. BOX 671
NEW LONDON, CT        06320

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID ONE OUNCE
PERMIT NO. 3884
HARTFORD, CONN.

Y-24B
Q-3

151418

CLAUDIUS CHANNER
100 BILTON ROAD
P.O. BOX 100
SOMERS CT        06071

IMPORTANT NOTICE
ON REVERSE

FAQMSP1  06071

08/25/2004
CV1501
0001934

# NOTICE

THE JUDICIAL BRANCH IS COMMITTED TO THE EXPANDED UTILIZATION OF ALTERNATIVE DISPUTE RESOLUTION (ADR) PROGRAMS TO FACILITATE THE EXPEDITIOUS AND EQUITABLE RESOLUTION OF CASES.

UPON AGREEMENT OF THE PARTIES, ANY CIVIL OR FAMILY MATTER IS ELIGIBLE TO BE REFERRED TO AN ADR PROGRAM. WHEN A CASE IS REFERRED ALL COURT PROCEEDINGS, INCLUDING SHORT CALENDAR ASSIGNMENT WILL BE STAYED. THE COURT WILL SET A TIME LIMIT ON THE DURATION OF THE REFERRAL CONSISTENT WITH APPLICABLE RULES AND STATUTES.

A RESOURCE LIST OF COURT AND PRIVATE ADR PROVIDERS IS AVAILABLE IN EACH JUDICIAL DISTRICT CLERK'S OFFICE.

To Open This Side - Slide Finger Under This Edge