UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 NOV 30 P 3: 11

U.S. DISTRICT COURT

CLAUDIOUS W. CHANNER

    Plaintiff,                                    November 22 2004

VS.            Civil No. 3:00CV230 (SRU)

RICHARD BLUMENTHAL et, al

    Defendants.

_____/

## MOTION SEEKING AN EXTENSION OF TIME

NOW COMES the above named pro-se Plaintiff who is presently incarcerated, respectfully move this Honorable Court to grant him an additional 60 days beyond the exparation of the previous requested 60 days that was requested.

    The Plaintiff is almost finish typing his brief but need extra time to complete his brief. Plaintiff is incarcerated in a prison that only have four typewriter for 2000 prisoners. Some time it is hard to acquire a typewriter at the law library. The type writers are issue on a first come basis.

    The Plaintiff is incarcerated and is unable to ascertain the defendants position in this request. This is the Plaintiff second such request for extra time to file this brief.

    WHEREFORE, Plaitniff ask that an additional 60 days be in this case to allow the Plaintiff to file his brief.

Respectfully submitted

Claudious W. Channer
PO. BOX 100
Somers, Ct 06071

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was mailed to Assistant United States Attorney David Sheldon, Esq at PO. BOX 1824, New Haven, Ct 06508, to Attorney Richard T. Biggar, Assistant State Attorney General, at 110 Sherman Street, Hartford, Ct 06105 and to Attorney Eric P. Daigle, at One Goodwin Square, Hartford, Ct 06103 on this 22 day of November 2004

Respectfully submitted

Claudious W. Channer
PO. BOX 100
Somers, Ct 06071