UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 DEC 23 P 2: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CLAUDIOUS CHANNER**

　　　　Plaintiff,

　　vs.　　　　　　　Civil No. 3:00CV230 (SRU)(WIG)

**RICHARD BLUMENTHAL et al**　　　　　　December 13, 2004

　　　　Defendendants.

_____/

### MOTION SEEKING AN APPOINTMENT OF COUNSEL

NOW COMES the above pro-se Plaintiff who is prsently incarcerated, respectfully move this Honrorable Court to consider this pro-se Plaintiff for an appointment of counsel. This is the Plaintiff second such request for an appointment of counsel. The Plaintiff first request was denied.

It has come to a point and time when the Plaintiff case has become very complex and difficult for a pro-se litigant to defend. To over come a summary Judgment in a case againt the City. One need to gather information and evidence that is impossible to accomplish form prison.

The City Police Department has been plauge with faults. These faults are public knowledge but difficult to obtain to a pro-se prisoner. Attached hereto is a copy of the letters that were received form legal agencies and Attorneys that were contacted by the Plaintiff

**WHEREFORE,** Plaintiff pary that this Honorable Court will entertain this request and grant the Plaintiff's prayers.

Respectfully submitted

Claudious W. Channer
PO. BOX 100
Somers, Ct 06071

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served upon Assistant Attorney General Richard T. Biggar, at 110 Sherman Street, Hartford, Ct 06103, Assistant United States Attorney David Sheldon, Esq at Po. Box 1824, New Haven, Ct 06508 and to Attorney Eric P. Daigle, Esq. One Goodwin ZSquare, 225 Asylum Street, Hartford, Ct 06103 on this 13 day of December 2004.

Respectfully submitted

_____
Claudious W. Channer
PO. BOX 100
Somers, Ct 06071

# Wiggin & Dana

Counsellors at Law

Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Alan G. Schwartz
203.498.4332
203.782.2889 fax
aschwartz@wiggin.com

## PRIVILEGED LEGAL CORRESPONDENCE

September 22, 2003

Claudious Channer
Northern Correctional Institute
100 Bilton Road
P.O. Box 100
Somers, CT  06071

Re:    Legal Representation

Dear Mr. Channer:

I am in receipt of your letter to me requesting legal representation regarding a lawsuit pending in Federal Court against the City of Hartford for false imprisonment.

Unfortunately, I will not be able to represent you in this matter at this time.

Sincerely,

Alan G. Schwartz

\99999999\700\424833.1

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

February 18, 2004

Mr. Claudious Channer
Inmate No. 151418
Post Office Box 100
Somers, CT 06071

**PRIVILEGED CORRESPONDENCE**

Dear Mr. Channer:

    Thank you for your letter of January 20, 2004 regarding your suit. I mislaid the letter and I am only now responding.

    It seems to me as though you've done about all you can in a lawsuit. Obviously, you are at a disadvantage giving the fact of an experienced civil rights defense firm is representing the defendants. However, I can tell you straight up that beginning a lawsuit by suing Richard Blumenthal and Janet Reno is the sort of thing that signals to an adversary that you've not picked your targets very well.

    In any case, I am unable to help you on this case on a pro bono basis. In order for our firm to become involved, we would require a retainer in the amount of $5,000.00. My sense is that even if you had the money, it might be too late for me to do you much good. I am returning the pleading that you sent to me together with my best wishes and hope for your success.

Sincerely,

NORMAN A. PATTIS

NAP:kap
Encl.

**DAVID N ROSEN** Counselor at Law PC

May 12, 2004

Mr. Claudious Channer, #151418
P.O. Box 100
Somers, Connecticut   06071
**Confidential Attorney-Client Correspondence**

Dear Claudious:

    I hope you are doing well. I'm just writing to see how your cases are coming along. I'm not going to be able to help you on them but I hope you have success!

    All the best.

                                           Sincerely,

                                           David N. Rosen

DNR/mb

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

June 7, 2004

Clifton Channer #151418
Osborn C.I.
100 Bilton Rd
Somers, CT 06071

Dear Mr. Channer:

We received your letter and apologize for our delayed response. Unfortunately, this office is unable to provide the assistance you request. This office is staffed primarily by law student interns and lacks the resources to accept additional cases of this nature at this time. We regret that we are unable to assist you and wish you the best of luck.

Sincerely,

Brett Dignam
BD/dct

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511