UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIOUS CHANNER; | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00 CV230 (SRU)(WIG) |
| VS. | : | |
| | : | |
| RICHARD BLUMENTHAL; | : | |
| JANET RENO; | : | |
| CITY OF HARTFORD; | : | |
| JAMES MARKOWSKI; | : | |
| DETECTIVE PERODEAU; | : | |
| DETECTIVE MERRITT; | : | |
| DETECTIVE WOLF; | : | |
| DETECTIVE ELLIS; SERGEANT | : | |
| CAGIANELLO, ET AL | : | |
|     Defendants | : | FEBRUARY 9, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

The undersigned, on behalf of the defendant, City of Hartford, respectfully requests this Court for an enlargement of time of thirty days from February 10, 2005, to and including March 10, 2005, in which to reply to the plaintiff's Memorandum in Opposition to Motion to Dismiss and the accompanying exhibits.

In support of this Motion, the defendants submit the following:

Defendant, City of Hartford's, counsel filed its Motion to Dismiss on November 13, 2003. After numerous extensions of time, the plaintiff finally filed his Memorandum in Opposition on January 27, 2005. Due to scheduling commitments in other matters,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

including out-of-state depositions, the undersigned counsel requires the additional time in order to properly prepare the City of Hartford's response to plaintiff's Memorandum.

This is this defendant's first such request for an enlargement of time.

The pro se plaintiff is presently an inmate at a Connecticut correctional facility, and we are unable to obtain his position with regard to this Motion as he is not readily accessible by telephone.

        DEFENDANT
        CITY OF HARTFORD


BY: _____
  Eric P. Daigle
  Fed. Bar No. ct23486
  HALLORAN & SAGE LLP
  One Goodwin Square
  Hartford, CT  06103
  Tele: (860) 522-6103
  daigle@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATION

      This is to certify that on this 9th day of February, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

David J. Sheldon, Esquire
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824

                                        _____
                                        Eric P. Daigle

650215_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105