UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIOUS CHANNER;<br>    Plaintiff<br><br>VS.<br><br>RICHARD BLUMENTHAL;<br>JANET RENO;<br>CITY OF HARTFORD;<br>JAMES MARKOWSKI;<br>DETECTIVE PERODEAU;<br>DETECTIVE MERRITT;<br>DETECTIVE WOLF;<br>DETECTIVE ELLIS; SERGEANT<br>CAGIANELLO, ET AL<br>    Defendants | CIVIL ACTION NO.<br>3:00 CV230 (SRU)(WIG)<br><br><br><br><br><br><br><br><br><br><br>MARCH 10, 2005 |

**MOTION FOR ENLARGEMENT OF TIME**

The undersigned, on behalf of the defendant, City of Hartford, respectfully requests this Court for an enlargement of time of seven days from March 10, 2005, to and including March 17, 2005, in which to reply to the plaintiff's Memorandum in Opposition to Motion to Dismiss and the accompanying exhibits.

In support of this Motion, the defendants submit the following:

Defendant, City of Hartford's, counsel filed its Motion to Dismiss on November 13, 2003. After numerous extensions of time, the plaintiff finally filed his Memorandum in Opposition on January 27, 2005. Due to scheduling commitments in other matters, and the attempting to file Summary Judgment briefs in two other matters, the

undersigned counsel requires the additional week in order to properly respond to the plaintiffs Memorandum of Law in Opposition and the many attached supporting documentation.

This is this defendant's _second_ such request for an enlargement of time.

The pro se plaintiff is presently an inmate at a Connecticut correctional facility, and we are unable to obtain his position with regard to this Motion as he is not readily accessible by telephone.

DEFENDANT
CITY OF HARTFORD

BY: _____
Eric P. Daigle
Fed. Bar No. ct23486
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
daigle@halloran-sage.com

- 2 -

One Goodwin Square  HALLORAN  Phone (860) 522-6103
225 Asylum Street  & SAGE LLP  Fax (860) 548-0006
Hartford, CT 06103  Juris No 26105

## CERTIFICATION

This is to certify that on this 10th day of March, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

David J. Sheldon, Esquire
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824

_____
Eric P. Daigle

662175_1 DOC
662175-1(HSFP)

- 3 -