UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLAUDIOUS CHANNER; | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:00 CV230 (SRU)(WIG) |
| VS. | : | |
| | : | |
| RICHARD BLUMENTHAL; | : | |
| JANET RENO; | : | |
| CITY OF HARTFORD; | : | |
| JAMES MARKOWSKI; | : | |
| DETECTIVE PERODEAU; | : | |
| DETECTIVE MERRITT; | : | |
| DETECTIVE WOLF; | : | |
| DETECTIVE ELLIS; SERGEANT | : | |
| CAGIANELLO, ET AL | : | |
| Defendants | : | MARCH 11, 2005 |

**MOTION TO STRIKE**
**PLAINTIFF'S AFFIDAVIT AND EXHIBITS**
**TO PLAINTIFF'S OPPOSITION BRIEF**

Pursuant to Rule 56(e) and Rule 12(f) of the Federal Rules of Civil Procedure, the undersigned defendant, City of Hartford, hereby moves to strike the plaintiff's Affidavit and the exhibits submitted in opposition to the Defendant's Motion for Summary Judgment. In particular, the undersigned defendant contends that the *Hartford Courant* articles that the plaintiff has submitted are inadmissible hearsay and also contain improper lay witness opinion testimony. In addition, the Affidavit of the plaintiff contains legal conclusions, unfounded self-serving declarations, speculation and inadmissible expert opinions and does not comply with Rule 56(e). For the reasons set

1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

forth in the attached Memorandum of Law, the defendant's Motion to Strike should be granted.

                DEFENDANT,
                CITY OF HARTFORD

           BY: _____
             Eric P. Daigle
             Fed. Bar No. ct23486
             HALLORAN & SAGE LLP
             One Goodwin Square
             Hartford, CT  06103
             Tele: (860) 522-6103
             daigle@halloran-sage.com

## CERTIFICATION

This is to certify that on this 11th day of March, 2005, the foregoing was either mailed, postage prepaid, or hand-delivered to:

Claudious W. Channer
Inmate #15148
P.O. Box 100
Somers, CT 06071

David J. Sheldon, Esquire
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06508-1824

             _____
               Eric P. Daigle

661364-1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105