UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLAUDIOUS W. CHANNER

                                              PRISONER

        v.                        CIVIL NO. 3:00CV230 (SRU) (WIG)

PAUL MURRAY
RICHARD BLUMENTHAL, CONNECTICUT
ATTORNEY GENERAL
GENERAL JANET RENO,
UNITED STATES ATTORNEY
CITY OF HARTFORD
ATF AGENT JAMES MARKOWSKI
SERGEANT CAGARNELLO
DETECTIVE MICHAEL PERODEAU
DETECTIVE GREGORY MERRITT
DETECTIVE WOLF
DETECTIVE ELLIS
UNITED STATES OF AMERICA
ATF

J U D G M E N T

      This cause came on for consideration of the amended complaint, defendants' Motions to Dismiss and Motion for Summary Judgment before the Honorable Stefan R. Underhill, United States District Judge.

      The plaintiff filed an amended complaint naming Connecticut Attorney General Richard Blumenthal, United States Attorney General Janet Reno, the City of Hartford, ATF Agent James Markowski, Sergeant Cagarnello, Detective Michael Perodeau, Detective Gregory Merritt, Detective Wolf and Detective Ellis as defendants.  The United States of America, the ATF and Paul Murray were not named as defendants in the amended complaint.  Thus, the court considered any claims against those defendants to have been abandoned or withdrawn.

      The court has considered the motions to dismiss and for summary judgment and the amended complaint as well as all papers

submitted in connection with those motions and amended complaint. On September 18, 2002, the court granted a motion to dismiss as to defendants City of Hartford, Markowski, Perodeau, Merritt, Wolf, Ellis and Cagarnello on the ground that the plaintiff's claims of excessive force and racial discrimination were barred by the doctrine of res judicata.  The court also declined to exercise supplemental jurisdiction over the plaintiff's state law claim of fraudulent concealment as to defendants Markowski, Perodeau, Merritt, Wolf, Ellis and Cagarnello.

On February 21, 2003, the court granted defendant Reno's motion to dismiss as to all claims against her, dismissed plaintiff's claims pursuant to 28 U.S.C. §§ 2513 and 1495 as to all defendants on jurisdictional grounds, dismissed all claims against defendant Blumenthal pursuant to 28 U.S.C. 1915(e)(2)(B)(i)-(iii) and declined to exercise supplemental jurisdiction over plaintiff's state law claims against defendants Reno and Blumenthal.

On March 31, 2005, the court granted the City of Hartford's motion for summary judgment and declined to exercise supplemental jurisdiction over plaintiff's state law claims against the City of Hartford.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 1st day of April, 2005.

KEVIN F. ROWE, Clerk

By___/s/ Cynthia Earle___
    Cynthia Earle
    Deputy Clerk

Entry on Docket _____