United States District Court

District of Connecticut

FILED
2005 APR 11 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Claudious Channer          April 4, 2005

Plaintiff

vs.          Civil No. 3:00 CV230(SRU)

Richard Blumenthal, et.al.,

Defendants.

## Notice of Appeal

On March 31, 2005 this Court denied the Plaintiff False Imprisonment Claim and

grant the City of Hartford Summary Judgment, claiming that the City is not responsible for the imprisonment of the Plaintiff for five years.

Here the Plaintiff ask that an Appeal be enter in the Above Captioned Case and all Records be forward to the Appellate Court.

Respectfully Submitted

*[signature]*

Claydious ce Channer
P.O. Box 100
Somers, CT 06071