# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** April 21, 2005          **TO:** Intake Clerk

**FROM:** Tasha Simpson   203.579.5657

**FILED**
2005 MAY -4 P 3: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:** Channer, et al v. Murray, et al

**DOCKET NO.:** 3:00 cv 230 (SRU)

**NOTICE OF APPEAL:** filed: April 11, 2005

**APPEAL FROM:**
final judgment: __
interlocutory: __
other: Order ( Doc. # 112 )

**DOCKET SHEET:**
Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**     Paid ____   Due ✓   N/A ____

IFP revoked ____          Application Attached ____

IFP pending before district judge ____

**COUNSEL:**     CJA ____     Retained ____     Pro Se ✓

**TIME STATUS:**     Timely ✓     Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____     Denied ____

**COA:**     Granted ____     Denied ____

**COMMENTS AND CORRECTIONS:**
**RECORD ATTACHED**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Wader_  DATE: 04/27/05
DEPUTY CLERK, USCA

USCA No. _____.