

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT (Bridgeport)

FILED
2005 MAY -4  P 2: 40
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Channer, et al

VS.

Murray, et al

CV. NO. 3:00 cv 230 (SRU)

USCA NO.    05-1838-pr

**INDEX TO THE RECORD ON APPEAL**