# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915

_Quedious Channer_
Plaintiff(s),

v.                                    Case No. 3:00CV230 SRU

_Richard Blumenthal et al_
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

_Quedious Channer_
Name (print or type)

Street Address
P.O. Box 100

City            State       Zip Code
Somers,         CT          06071

Telephone Number

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED**

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

2005 MAY -4 P 3: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Claudious Channer*
Plaintiff(s),

v.

*Richard Blumenthal et al*
Defendant(s).

Case No. 3:00CV230SRU

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ✓    Married ____    Separated ____    Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____ No ____
Dependents: Wife ____ Children # ____ Others # ____
and relationship _____
The names and ages of my children are:
Name _____ Age _____
Name _____ Age _____
Name _____ Age _____

**RESIDENCE**
Street Address: _____
City: _____ State: _____
Zip Code: _____ Telephone: _____

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 12
College   1 2 3 4     Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _DOC_
Address of employer: _100 Bilton Road_
How long employed by present employer: _2_
Income:   Monthly _$100.00_     Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the ____ day of _____, 19____
The name of my last employer: _____
Address: _____
Telephone #: (___) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____     Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits since: _____.
I am receiving $_____ monthly _____ weekly _____.

3

**FINANCIAL STATUS**
Owner of real property?  Yes _____  No _____
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile:  Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash on hand:
Cash in banks and savings and loan associations: _____
Names and addresses of banks and associations: _____
_____
_____

**OBLIGATIONS:**
Monthly rental on house or apartment:           $_____
Monthly mortgage payment on house:              $_____
Gas bill per month:                             $_____
Electric bill per month:                        $_____
Phone bill per month:                           $_____
Car payments per month:                         $_____
Car insurance payments per month:               $_____
Other types of insurance payments per month     $_____
Monthly payments to retail merchants:           $_____
  Please list:_____          $_____
  Please list:_____          $_____
Monthly payments on any other outstanding
loans or debts:                                 $_____
  Please list:_____          $_____
  Please list:_____          $_____

4

Any money owed to doctors, hospitals, lawyers
　Please list:_____  $_____
　Please list:_____  $_____
Monthly payment for maintenance or child support
under separation or dissolution agreement:     $_____
Estimated monthly expenditure on food:         $_____
Estimated monthly expenditure on clothing:     $_____

Total amount of monthly obligations:           $_____

Other information pertinent to financial ~~~~ (include stocks, bonds, savings bonds, interests in trusts either owned ~~~~ ~wned):

_____  _____  _____
_____  _____  _____
_____

Date: 4/4/05                                   _____
                                               Original Signature of Affiant


## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/4/05                                   _____
                                               Original Signature of Affiant

rev. 6/12/02

5

## Certificate of Service

This is to certify that a true copy of the foregoing was served on the following parties: Assistant United States Attorney David Sheldon, 157 Church Street, 23rd Floor P.O. Box 1824 New Haven, CT 06510, Attorney Eric P. Daigle, One Goodwin Square, 225 Asylum Street Hartford, CT 06103 and Assistant Attorney General, Richard T. Biggar 110 Sherman Street Hartford, CT 06105 on this 2 day of May 2005

Respectfully Submitted

_____
Claudious W. Channer
P.O. Box 100
Somers, CT 06071

Case 3:00-cv-00230-SRU　Document 117　Filed 05/04/2005　Page 7 of 8

DOC:　0000151418　　Name: CHANNER, CLIFTON　　　　　　　　　　DOB: 12/07/1961
LOCATION: 115-Y

　　　　　　　　　　　　　　　　　　　　　　　　　　　Max Date:
ACCOUNT BALANCES　Total :　　110.66　CURRENT:　　110.66　HOLD:　　　0.00

　　　　　　　　　　　　01/01/2005　　　03/14/2005

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| HOLIDAY PACKAGES | 50.00 | 0.00 |
| PLRA | 0.00 | 0.00 |
| SPENDABLE BALANCE | 8.32 | 110.66 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| OPOS | POSTAGE | 115/PROPERTY | 0.00 | 4.47 |

TRANSACTION DESCRIPTIONS -- HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/03/2005 | OT | Sub-Account Transfer | ( 50.00) | 0.00 |

TRANSACTION DESCRIPTIONS -- PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 01/05/2005 | WFMS | Med Sick Fee  115  12704 | ( 3.00) | 5.32 |
| 01/10/2005 | CRS | CRS SAL ORD #2913448 D1 | ( 5.19) | 0.13 |
| 01/11/2005 | DIP | Industry Pay  115  December 04 | 147.20 | 147.33 |
| 01/18/2005 | CRS | CRS SAL ORD #2930043 D1 | ( 49.19) | 98.14 |
| 01/24/2005 | DMR | Mail Receipts  115 | 100.00 | 198.14 |
| 01/27/2005 | WFMS | Med Sick Fee  115  011805 | ( 3.00) | 195.14 |
| 02/01/2005 | WSR | Special Request - 115 | ( 34.10) | 161.04 |
| 02/03/2005 | DIP | Industry Pay  115  January05 | 101.79 | 262.83 |
| 02/07/2005 | CRS | CRS SAL ORD #2978322 D1 | ( 49.77) | 213.06 |
| 02/14/2005 | CRS | CRS SAL ORD #2991507 D1 | ( 45.58) | 167.48 |
| 02/22/2005 | WSAL | Salvation Army Donation  115 | ( 5.00) | 162.48 |
| 03/01/2005 | WPOS | Postage  115 | ( 0.83) | 161.65 |
| 03/01/2005 | WPOS | Postage  115 | ( 0.83) | 160.82 |
| 03/02/2005 | CRS | CRS SAL ORD #3019018 D1 | ( 9.59) | 151.23 |
| 03/03/2005 | OT | Sub-Account Transfer | 50.00 | 201.23 |
| 03/07/2005 | DIP | Industry Pay  115  February 05 | 113.38 | 314.61 |
| 03/07/2005 | CRS | CRS SAL ORD #3032537 D1 | ( 49.89) | 264.72 |

Case 3:00-cv-00230-SRU   Document 117   Filed 05/04/2005   Page 8 of 8

TRUST ACCOUNT STATEMENT

DOC: 0000151418    Name: CHANNER, CLIFTON                  DOB: 12/07/1961
LOCATION: 115-Y

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/09/2005 | WSR | Special Request - 115 | ( 150.00) | 114.72 |
| 03/10/2005 | WFMD | Med Dental Fee  115  022505 | ( 3.00) | 111.72 |
| 03/14/2005 | WPOS | Postage  115 | ( 1.06) | 110.66 |