

FILED D. Conn. /New Haven
00-cv-230
Underhill, J.

2006 MAR 27 P 2: 26

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 13th day of February two thousand and six,

Present:
    Hon. Dennis Jacobs,
    Hon. Richard C. Wesley,
    Hon. John R. Gibson,*
        *Circuit Judges.*



Claudious Channer,
        Plaintiff-Appellant,

v.                                                                                                          05-1838-pr

Paul E. Murray, James Markowski, ATF Agent, Gregory Merritt, Detective, Detective Wolf, Detective Ellis, Cagarnello, Sgt., City of Hartford, All Defendants,

        Defendants-Appellees.

Appellant, *pro se,* moves to proceed *in forma pauperis*. Upon due consideration, it is ORDERED that the motion is denied and the appeal is dismissed. The appeal lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *Neitzke v. Williams*, 490 U.S. 319, 325-28 (1989).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

---

    *The Honorable John R. Gibson, Senior Judge of the United States Court of Appeals for the Eighth Circuit, sitting by designation.

SAO/ED

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____

Issued as Mandate: MAR 17 2006